# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21I0104. DONALD BRIAN CHYBICKI IN HIS CAPACITY AS SURVIVING SPOUSE OF SANDRA KAY COTHERN CHYBICKI et al. v. COFFEE REGIONAL MEDICAL CENTER, INC. et al.**

Upon consideration of the plaintiffs' application for interlocutory appeal, it is ordered that the application is hereby DENIED. However, we note that the plaintiffs apparently have filed a timely direct appeal, pursuant to OCGA § 9-11-56 (h), of the trial court's order granting the motion for summary judgment filed by defendants Nurse Myra Marie Belk and Coffee Regional Medical Center, Inc. In that direct appeal, the plaintiffs may challenge the order at issue in this interlocutory application: the trial court's order granting the defendants' motion to exclude the opinion of Nurse Meg Warren. See *Headrick v. Stonepark of Dunwoody Unit Owners Assn.*, 331 Ga. App. 772, 774-775 (1) (a) (771 SE2d 382) (2015); *Patterson v. Bristol Timber Co.*, 286 Ga. App. 423, 426 n. 4 (2) (649 SE2d 795) (2007); *Schoenbaum Ltd. Co. v. Lenox Pines, LLC*, 262 Ga. App. 457, 458-459 (1) (a) (585 SE2d 643) (2003).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/14/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*